# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

**Starr E. PARMLEY**
**Lieutenant (O-3), U.S. Coast Guard**

**CGCMG 0346**
**Docket No. 1443**

**07 August 2017**

General Court-Martial convened by Commander, Coast Guard Pacific Area.  Tried at Alameda, California, on 3 May 2016.

| | |
|---|---|
| Military Judge: | CDR Cassie A. Kitchen, USCG |
| Trial Counsel: | LCDR Geralyn M. van de Krol, USCG |
| Assistant Trial Counsel: | LCDR Graham E. Lanz, USCG |
| Civilian Defense Counsel: | Elizabeth W. Fleming, Esq. |
| Military Defense Counsel: | LT Bradley F. Meyer, JAGC, USN |
| Appellate Defense Counsel: | LT Jason W. Roberts, USCGR |
| Appellate Government Counsel: | LT Sharyl L. Pels, USCGR |

**BEFORE**
**McCLELLAND, HAVRANEK & JUDGE**
Appellate Military Judges

Per curiam:

Appellant was tried by general court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of fraternization and five specifications of various sexual behaviors unbecoming an officer and gentleman, all in violation of Article 133, Uniform Code of Military Justice.  The military judge sentenced Appellant to confinement for sixty days and dismissal from the Coast Guard.  The Convening Authority approved the sentence.  The pretrial agreement did not affect the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court